

AO 91 (Rev. 11/11) Criminal Complaint       SAUSA Benjamin J. Christenson (312) 886-0973

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DEION D. NANTWI

CASE NUMBER: 23 CR 533

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about October 5, 2023, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2113(a) | by intimidation did take from the person or presence of another money, namely approximately $5480 in United States Currency, belonging to and in the care, custody, control, management, and possession of U.S. Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation |

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

SCOTT POTTER
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: October 6, 2023

Judge's signature

City and state: Chicago, Illinois

SUNIL R. HARJANI, U.S. Magistrate Judge
*Printed name and title*

| UNITED STATES DISTRICT COURT | 23 CR 533 |
|---|---|
| NORTHERN DISTRICT OF ILLINOIS | |

**AFFIDAVIT**

I, SCOTT POTTER, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for approximately four years. My current responsibilities include the investigation of violent crimes, including, among others, kidnaping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that DEION D. NANTWI has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging NANTWI with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and persons with knowledge regarding relevant facts, and review of records.

## PROBABLE CAUSE

4. On October 5, 2023 at approximately 2:00 p.m., a subject robbed the U.S. Bank located at 25 East Washington Street in Chicago. The subject took approximately $5,480 and was also given a GPS tracker by the teller.

5. Law enforcement followed the tracker and identified an individual who was moving consistently with the information from the tracker. The individual, later identified as NANTWI, partially matched the description of the subject but was not wearing any shoes or the grey sweatshirt the robbery subject had worn. A search of NANTWI recovered $5,400 from his pants pocket, including two stacks of $20 bills in paper straps. One of the stacks included the tracker.

6. Approximately 30 minutes after the robbery, law enforcement conducted a show-up with the Victim Teller, who identified NANTWI as the subject of the robbery.

7. Law enforcement found a sweatshirt and shoes matching those worn by the robbery along the path taken by the tracker, suggesting that the clothes were abandoned by the robber.

### Robbery of U.S. Bank

8. On or about October 5, 2023, at approximately 2:00 p.m., the U.S Bank located at 25 East Washington Street, in Chicago, Illinois ("U.S Bank"), was robbed by an African-American man, later identified as NANTWI. According to bank records, the robber took approximately $5,480.00 from U.S Bank. My own investigation and preliminary information provided by bank employees confirmed that U.S Bank

deposits were insured by the Federal Deposit Insurance Corporation at the time of the robbery.

9. According to surveillance footage and an interview with the Victim Teller, at approximately 2:00 p.m., an African-American man wearing jeans, a grey sweatshirt, red and black Nike shoes approached the U.S Bank teller counter and spoke to an employee of U.S. Bank (the "Victim Teller"). The subject gave a folded-up piece of paper to the teller. An image of the subject from security camera footage is shown below.



10. According to the Victim Teller, the subject approached Victim Teller and gave the Victim Teller a folded-up piece of paper. The Victim Teller asked the subject if they would like to make a withdrawal. The subject told the Victim Teller that it was on the note. The Victim Teller unfolded the piece of paper received from the subject which stated, "I NEED $8,000 NOW! Hand to me." An image of the note is shown below.



11. The Victim Teller asked the subject if they were making a withdrawal and the subject told the Victim Teller they just wanted the cash and to read the note. At this time, the Victim Teller realized the subject was robbing the bank and opened their teller drawer to retrieve money to include bait bills and a GPS tracker. The Victim Teller placed the money, bait bills, and tracker on the counter. The subject took the money, bait bills, and tracker off the counter, exited the bank's Wabash Avenue exit, and proceeded southbound out of sight.

12. The Victim Teller described the subject as a medium to dark skin black male, 5'11 to 6'0 tall, at least 250 lbs., between 30 to 35 years old with wiry hair and wearing a grey shirt with jeans or sweatpants. The Victim Teller stated that the subject was wearing a blue surgical mask. The surveillance images available prior to the subject speaking with the Victim Teller do not show a blue mask. The images available from the surveillance video showing the subject speaking to the Victim Teller do not show the subject's face.

13. An audit of the teller drawer indicated that approximately $5,480 was taken during the robbery. Bank employees confirmed that U.S. Bank's deposits were

4

insured by the FDIC at the time of the robbery. Law enforcement has also obtained a copy of U.S. Bank's FDIC certificate which indicates its deposits were insured at the time of the robbery.

### Identification and Arrest of NANTWI

14. At approximately 2:05 p.m., the Chicago Office of Emergency Management Center ("OEMC") received information regarding the robbery from a security company, including details of the information from the tracker the subject had been given. OEMC directed Chicago Police Department officers using the tracker information, providing a number of updates of the location of the tracker, and also descriptions of the bank robbery subject. A map displaying the tracker information is shown below.



15. Using the tracker information, law enforcement identified an individual, later identified as NANTWI, who appeared to be moving consistently with the information received from the tracker as he proceeded south near Columbus Avenue.

5

NANTWI partially matched the description of the subject. He was wearing blue jeans, a black shirt, a black balaclava, and had no shoes on.

16. Law enforcement stopped NANTWI in the area of 330 South Columbus Avenue at approximately 2:18 p.m. A pat-down of NANTWI discovered $5,400 in his front left pants pocket, including loose $100 bills, and two stacks of $20 bills with paper straps around them. One of the stacks contained the tracker. The amount recovered from NANTWI, $5,400, is approximately the same as the amount taken from U.S. Bank, $5,480. An image of the currency recovered from NANTWI is shown below.



17. Law enforcement canvassed the area around the incident to locate any surveillance camera footage of the subject. Law enforcement reviewed video from a building at 6 North Michigan Avenue which showed an individual who appeared to be the subject heading northbound on Michigan Avenue. The individual is wearing a grey sweatshirt, red and black shoes, and blue jeans, like the subject. The location of

the camera is consistent with the path taken in the GPS data from the tracker. An image from the video is shown below.



18. Law enforcement also reviewed CPD POD cameras around the area at the timeframe of the incident. An individual who appears to be the subject was located on footage from approximately 2:08 p.m. on a POD camera located at Millennium Park Chase Promenade North. The individual was carrying a gray sweatshirt and red shoes and wore blue jeans, a black shirt, and a black mask that covered his head. The location of the camera is consistent with the path taken in the GPS data from the tracker The individual appeared to not be wearing shoes. An image of the individual is shown below.



19. During a canvas of Millennium Park, law enforcement recovered a gray sweatshirt and red and black shoes at the corner of Columbus Drive and Monroe Avenue that appeared consistent with those worn by the subject. The location of the sweatshirt and shoes is consistent with the path taken in the GPS data from the tracker. An image of the sweatshirt and shoes are shown below.



**Identification by the Victim Teller**

20. Approximately 30 minutes after the robbery, CPD officers transported NANTWI to the U.S Bank and conducted a show-up with the Victim Teller. NANTWI

8

was escorted out of a CPD cruiser by two CPD officers, handcuffed, and stood approximately 30 feet away from the front vestibule of the bank. The lighting was clear with overcast skies. The Victim Teller stood in the vestibule of the bank. A CPD officer asked the Victim Teller if the individual standing next to the CPD officers in custody outside of the U.S Bank was the guy that robbed U.S. Bank. The Victim Teller said words to the effect of that the individual in custody looked like him. The CPD officer then asked the Victim Teller if it was the robber or it was not the robber. The Victim Teller stated "that's him."

## CONCLUSION

21. For the reasons set out above, I submit that there is probable cause to conclude that on or about October 5, 2023, DEION D. NANTWI did, by intimidation, take from the person or presence of another money, namely approximately $2,480 in United States Currency, belonging to and in the care, custody, control, management, and possession of U.S. Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a)

FURTHER AFFIANT SAYETH NOT.

_____
SCOTT POTTER
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone October 6, 2023.

_____
Honorable SUNIL R. HARJANI
United States Magistrate Judge